# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 08-1725

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff – Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Stanley Robinson, | * | |
| | * | [UNPUBLISHED] |
| Defendant – Appellant. | * | |

_____

Submitted: April 21, 2008
Filed: May 7, 2008

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Stanley Robinson appeals from the district court's denial of his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 706 to the United States Sentencing Guidelines Manual (U.S.S.G.), which reduced certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of cocaine base (crack) involved.

The district court denied Robinson's motion without any explanation. Because we are unable to review its order without knowing its reasons, we remand to the

district court for the entry of a certified order within 45 days setting forth the reasons why the motion for reduction was denied.  In order to expedite the matter, our panel will retain jurisdiction over this appeal.

_____